UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Alfred Burnside Odom            Docket No. 5:02-CR-143-1BO

### Petition for Action on Supervised Release

COMES NOW Tiffany C. Peacock, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Alfred Burnside Odom, who, upon an earlier plea of guilty to Felon in Possession of a Firearm in violation of 18 U.S.C. § 922 (g)(1), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on August 26, 2003, to the custody of the Bureau of Prisons for a term of 30 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. Alfred Burnside Odom was released from custody on November 14, 2014, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On October 23, 2015 and October 28, 2015, the offender submitted urine samples that tested positive for cocaine. Mr. Odom has been referred to substance abuse treatment. He has been gainfully employed for nearly one year, and is the primary provider for his family. He acknowledges his need for treatment.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 3 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,            I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

/s/ Tiffany C. Peacock
Tiffany C. Peacock
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910-354-2545 Executed
On: November 9, 2015

### ORDER OF THE COURT

Considered and ordered this _____ day of November, 2015 and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge